CROWN HEIGHTS HOSPITAL, INC., Appellant, v. THE EAST NEW YORK SAVINGS BANK, Respondent.— Order in so far as it denies plaintiff's motion to strike out the first separate defense, to strike out the exhibits and to make the answer more definite and certain affirmed, with ten dollars costs and disbursements. No

opinion. Lazansky, P. J., Kapper, Tompkins and Davis, JJ., concur; Scudder, J., not voting.